Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com

Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS OWEN BARNETT<br>Defendant. | Case No. 25-CR-00069-001-MC<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Defendant, Thomas Owen Barnett, by and through counsel, Lissa Casey and Per Olson, hereby submits this Sentencing Memorandum.

Mr. Barnett has pled guilty to Attempting to Use a Minor in a Visual Depiction of Sexually Explicit Conduct (Count 1) and Using a Minor to Produce a Visual Depiction of Sexually Explicit Conduct (Count 2). The pleas of guilty were pursuant to a written plea agreement in which the parties agreed to jointly recommend a sentence of 204 months imprisonment and 15 years of supervised release. The change of plea was made pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) (court bound if it accepts the change of plea).



HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497

The presentence report (PSR) contains a guideline calculation that differs from the parties' plea agreement. Nevertheless, the PSR arrives at the same recommended sentence of 204 months imprisonment and 15 years of supervised release. The PSR provides substantial grounds for a downward variance from the applicable guideline range to reach a sentence that coincides with the parties' agreement—including, most notably, Mr. Barnett's traumatic childhood. In view of the nature and circumstances of the offenses and Mr. Barnett's history and characteristics, a sentence of 204 months fulfills the statutory goal of a sentence that is sufficient, but not greater than necessary to serve the purposes of sentence set forth in 18 U.S.C. § 3553(a)(2).

To conclude, the Court is asked to impose a total sentence of 204 months imprisonment and 15 years of supervised release.

DATED this 26th day of August, 2026.

CASEY LAW, LLC

*s/ Lissa Casey*
Lissa Casey, OSB #086541

HOEVET OLSON, PC

*s/ Per C. Olson*
Per C. Olson, OSB #933863

Attorneys for Defendant



HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497